SPRINGER-SULLIVAN & ROBERTS LLP
CASSIE SPRINGER-SULLIVAN (State Bar No. 221506)
MICHELLE LEE ROBERTS (State Bar No. 239092)
410 - 12th Street, Suite 325
Oakland, CA 94607
Telephone:    (510) 992-6130
Facsimile:    (510) 280-7564

*E-Filed 10/5/09*

Attorney for Plaintiff
JAY THOMPSON

LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
REBECCA K. KIMURA (State Bar No. 220420)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:    (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Defendant
AT&T UMBRELLA BENEFIT PLAN NO. 1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAY THOMPSON,<br><br>        Plaintiff,<br><br>vs.<br><br>AT&T UMBRELLA BENEFIT PLAN NO. 1,<br><br>        Defendant. | Case No. C09-03266 RS<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: October 2, 2009     LAFAYETTE & KUMAGAI LLP

   /s/  Susan T. Kumagai
SUSAN T. KUMAGAI
Attorneys for Defendant
AT&T UMBRELLA BENEFIT PLAN NO. 1

DATED: October 2, 2009      /s/  Michelle L. Roberts
MICHELLE L. ROBERTS
Attorney for Plaintiff JAY THOMPSON

On the above Stipulation filed in this action on October 2, 2009,

IT IS SO ORDERED.

Dated: 10/5/09

HON. RICHARD SEEBORG
MAGISTRATE JUDGE UNITED STATES
DISTRICT COURT–NORTHERN DISTRICT

**CERTIFICATE OF SERVICE**

I certify that a copy of this document was served electronically on October 2, 2009, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

   /s/ Susan T. Kumagai
SUSAN T. KUMAGAI